IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR192 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **TERRY L. MOUNTAIN,** | ) | |
| | ) | |
| Defendant. | ) | |

Upon Motion of the United States (Filing No. 125),

**IT IS ORDERED:**

The Clerk of the District Court is authorized to provide to the United States a photocopy of the Plea Agreement pertaining to Terry Mountain filed in this case, for the purpose of production to defense counsel in *U.S. v. Fontri Tiller & Joseph Love*, 8:10CR194.

DATED this 28th day of January, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge